IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KEVIN CLAY FELTS | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv139 |
| WARDEN MARTIN | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Kevin Clay Felts, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Petitioner has filed a motion asking that this petition be dismissed. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted and this petition dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. Petitioner's motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this petition.

So **ORDERED** and **SIGNED** this **27** day of **September, 2011.**

_____
Ron Clark, United States District Judge